**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: TRUSTS UNDER WILL OF : No. 506 MAL 2020
ROBERT L. MONTGOMERY, JR. :
DECEASED FOR THE BENEFIT OF :
H.BEATTY CHADWICK (TRUST NO. 6) : Petition for Allowance of Appeal
AND MARITAL TRUST UNDER WILL OF : from the Order of the Superior Court
ROBERT L. MONTGOMERY, JR., :
DECEASED, FOR THE BENEFIT OF :
ELIZABETH B. MONTGOMERY  AS :
APPOINTED BY THE WILL OF ELIZABETH :
B. MONTGOMERY, DECEASED FOR THE :
BENEFIT OF H. BEATTY CHADWICK :
(TRUST NO. 7) :
:
:
PETITION OF: H. BEATTY CHADWICK

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal

is **DENIED**.